IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JEREMY LAJEUNESSE,

    Plaintiff,

v.    No. 1:18-CV-00214 KG-JHR

BNSF RAILWAY COMPANY,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMITS

THIS MATTER having come before the Court on Defendant BNSF Railway Company's Unopposed Motion for Extension of Page Limits, and the Court having reviewed the Motion and determined that it is unopposed, hereby enters an extension of page limits as to Defendant BNSF Railway Company's Motion to Dismiss to exceed the page limitation set forth under D.N.M. L.R. 7.5 and 10.5 such that the Motion totals no more than forty-five (45) pages the exhibits attached to the Motion total no more than one hundred (100) pages.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

Atkinson, Baker & Rodriguez, P.C.

*/s/ Julia E. McFall*
Julia E. Crooks
*Attorneys for Defendant*


Approved as to form by:


*/s/ approved via electronic mail 11.6.18*
Marc Zito
*Attorney for Plaintiff*