IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JEREMY LAJEUNESSE,

       Plaintiff,

v.                                                      No. 1:18-CV-00214 KG-JHR

BNSF RAILWAY COMPANY,

       Defendant.

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMITS

THIS MATTER having come before the Court on Defendant BNSF Railway Company's Unopposed Motion for Extension of Page Limits, and the Court having reviewed the Motion and determined that it is unopposed, hereby enters an extension of page limits as to Defendant BNSF Railway Company's Reply in Support of its Motion to Dismiss to exceed the page limitation set forth under D.N.M. L.R. 7.5 such that the Reply totals no more than twenty (20) pages.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

ATKINSON, BAKER & RODRIGUEZ, P.C.

*/s/ Julia E. McFall*
Julia E. McFall
*Attorneys for Defendant*

Approved as to form by:

*/s/ approved 1.24.19*
Marc Zito
*Attorney for Plaintiff*