IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JEREMY LAJEUNESSE,

    Plaintiff,

v.                                                                              No. 1:18-CV-00214 KG-JHR

BNSF RAILWAY COMPANY,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMITS ON SUMMARY JUDGMENT AND DAUBERT BRIEFING

THIS MATTER having come before the Court on Defendant BNSF Railway Company's Unopposed Motion for Extension of Page Limits on Summary Judgment and Daubert Briefing, and the Court having reviewed the Motion and determined that it is unopposed and presented by agreement, hereby enters an extension of the page limits permitting all parties to exceed the page limitations set forth under D.N.M. L.R. 7.5 and 10.5 such that each opening or response brief totals no more than thirty-one (31) pages and the exhibits attached to each brief total no more than two hundred and fifty (250) pages.

                                                                                     /s/ *signature*
                                                                                  UNITED STATES DISTRICT JUDGE

Submitted by:

ATKINSON, BAKER & RODRIGUEZ, P.C.

*/s/ Julia E. McFall*
Julia E. McFall
*Attorneys for Defendant*


Approved by:

JONES GRANGER

*/s/ approved*
Marc Zito
*Attorney for Plaintiff*