IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JEREMY LAJEUNESSE,

    Plaintiff,

vs.                                        Civ. No. 18-214 KG/JHR

BNSF RAILWAY COMPANY,

    Defendant.

## FINAL JUDGMENT

Having granted Defendant's Motion to Dismiss Plaintiff's Complaint as a Sanction for Plaintiff's Willful Abuse of Discovery Process, (Doc. 56), the Court hereby enters final judgment in accordance with Fed. R. Civ. P. 58.

IT IS ORDERED that Plaintiff's Complaint, (Doc. 1), is DISMISSED WITH PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE